SEALED
FILED
DEC 0 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Extradition of

BRANDON NATHAN TEIXEIRA

A/K/A "KOBE"
A/K/A "K"
A/K/A "COLBY"
A/K/A "JORDAN DOUGALL"
A/K/A "RYAN PROVENCHER"

MISC. NO. 2:19 MJ 0206 - CKD

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

**UNDER SEAL**

### SEALING ORDER

Upon application of Adrian Kinsella, Assistant United States Attorney for the Eastern District of California, appearing on behalf of the United States in fulfilling its treaty obligation to Canada:

It is hereby ORDERED that the complaint and all other documents in this matter be sealed until further Order of the Court, except that the United States Government may disclose the existence and/or contents of the complaint, any supporting documents and docket entries, and the Arrest Warrant, to appropriate law enforcement or other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to obtain custody of or detain the fugitive.

It is hereby FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the complaint, any supporting documents, the Arrest Warrant, the Motion to Seal, and this Order until further order of the Court.

//

//

1

SEALING ORDER

1   It is FURTHER ORDERED that the complaint, any support documents and docket entries, the
2   Arrest Warrant, the underlying Motion to Seal, and this Order may be unsealed upon oral motion of the
3   Government to this Court or to any Court where the fugitive is first presented.

Dated: 11/30/2019

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER