SEALED   10730093

FILED
DEC 05 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| In the Matter of the Extradition of | ) | Case No. 2:19-MJ-0206-CKD |
| BRANDON NATHAN TEIXEIRA A/K/A "KOBE" A/K/A "K" A/K/A "COLBY" A/K/A "JORDAN DOUGALL" A/K/A "RYAN POVENCHER" | ) ) ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brandon Nathan TEIXEIRA ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from Canada, which has sought provisional arrest with a view toward extradition, under the extradition treaty between the U.S. and Canada and its protocols, for murder, in violation of section 235(1) of the Criminal Code of Canada.

Date: 11/30/2019
      11:47 am

_____
Issuing officer's signature

City and state:   Sacramento, California         Carolyn K. Delaney, U.S. Magistrate Judge
                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/30/19 , and the person was arrested on *(date)* 12/01/2019
at *(city and state)* OROVILLE, CA .

Date: 12/01/2019

_____
Arresting officer's signature

A. YAO, DEPUTY U.S. MARSHAL
*Printed name and title*