**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
**(916) 498-5700 Fax: (916) 498-5710**

Heather E. Williams                                                                     Benjamin D. Galloway
*Federal Defender*                                                            *Chief Federal Assistant Defender*

# MEMORANDUM

Date:     December 16, 2019

To:       Alexandra Waldrop, Courtroom Deputy to the Hon. Kendall J. Newman

From     Lexi Negin, Assistant Federal Defender

Subject  *United States v. Brandon Nathan Teixeira*
         Case No. 2:19-mj-206 CKD

    The parties jointly request that the status conference regarding the Extradition Proceedings Hearing for the above-captioned matter currently set for December 23, 2019, at 2:00 p.m. before Magistrate Judge Deborah Barnes be vacated and reset to **January 30, 2020**, at 9:00 a.m. before Magistrate Judge Kendal J. Newman.  The relevant extradition treaty allows Canada up to 60 days from the date of the provisional arrest to submit its extradition packet to the Department of State. The arrest in this case occurred on December 2, 2019.  Accordingly, the new date of January 30, 2019 would be appropriate for a status conference.

    Please contact me with any concerns.

LPN/ajm