**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
**(916) 498-5700 Fax: (916) 498-5710**

Heather E. Williams                                                                              Benjamin D. Galloway
*Federal Defender*                                                                    *Chief Federal Assistant Defender*

# MEMORANDUM

Date:     December 16, 2019

To:        Judy Streeter, Courtroom Deputy to the Hon. Carolyn K. Delaney

From     Lexi Negin, Assistant Federal Defender

Subject   *United States v. Brandon Nathan Teixeira*
               Case No. 2:19-mj-206 CKD

      The parties request that the Extradition Proceedings Hearing for the above-captioned matter currently set for January 30, 2020, at 9:00 p.m. before Magistrate Judge Kendall Newman be vacated and reset to **February 19, 2020**, at 2:00 p.m. before Magistrate Judge Carolyn K. Delaney.  The government requires additional time to compile its extradition packet.  The United States Attorney's Office has no objection to the proposed continuance.

      Please contact me with any concerns.

LPN/ajm