| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00206-CKD |
|---|---|
| Plaintiff, | UNITED STATES' CASE STATUS MEMORANDUM & EXTRADITION PACKET |
| v. | |
| BRANDON NATHAN TEIXEIRA, | |
| Defendant. | |

On December 2, 2019, at the request of the Government of Canada and pursuant to the Treaty on Extradition between the United States of America and Canada,[1] the United States filed a complaint for the provisional arrest of the defendant for extradition to Canada. Doc. 1. The defendant remains in federal custody. On January 21, 2020, Canada timely submitted its formal request for extradition through diplomatic channels.[2]  *See* Exhibit 1 (Certified extradition packet); Exhibit 2 (Declaration of Katherine C. Fennell and Treaty documents).

This case is currently set for a status conference on February 19, 2020, at 2:00 pm. The next

---

[1] *See* U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, as amended by the Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990), and the Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11 (2002) (collectively the "Treaty").

[2] *See Bozilov v. Seifert*, 983 F.2d 140, 144 (9th Cir. 1992) ("Extradition is facilitated by validating extradition requests received by the American Embassy. Extradition requests received by an authorized diplomatic authority within the Treaty's time limit are sufficient.").

UNITED STATES' CASE STATUS
MEMORANDUM & EXTRADITION PACKET

1

formal step in this process is an extradition hearing pursuant to 18 U.S.C. § 3184.  Alternatively, the defendant may consent to extradition.  The parties will be prepared to address this matter further at the forthcoming status hearing.

Dated:  February 18, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney