# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| *Subject:* | *United States v. Brandon Nathan Teixeira*<br>Case No. 2:19-mj-206 CKD | *Date:* | **February 19, 2020** |
| *To:* | Judy Streeter, Courtroom Deputy to the Hon. Carolyn K. Delaney | *From:* | **Adrian T. Kinsella**<br>**Assistant United States Attorney**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700**<br>**Fax: (916) 554-2900** |

    The parties request that the status conference regarding the extradition proceedings for the above-captioned matter, currently set for February 19, 2020 at 2:00 p.m. before Magistrate Judge Carolyn Delaney, be vacated and reset to **February 27, 2020** at 2:00 p.m. before Magistrate Judge Allison Claire.  The government provided the extradition packet to the defense on February 18, 2020.  The defense requires additional time to review these records and consult with her client.  The United States Attorney's Office has no objection to the proposed continuance.

    Please contact me with any concerns.

Dated:  February 19, 2020

                                                          McGREGOR W. SCOTT
                                                          United States Attorney

                                                    By:  /s/ ADRIAN T. KINSELLA
                                                         ADRIAN T. KINSELLA
                                                         Assistant United States Attorney