McGREGOR SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Extradition of | CASE NO. 2:19-MJ-00206-CKD |
|---|---|
| Brandon Nathan Teixeira<br>a/k/a "Kobe"<br>a/k/a "K"<br>a/k/a "Colby"<br>a/k/a "Jordan Dougall"<br>a/k/a "Ryan Provencher" | [PROPOSED] CERTIFICATION AND COMMITTAL FOR EXTRADITION |

Having held an extradition hearing on February 27, 2020, and after considering the evidence, in particular, the certified and authenticated documents submitted by the Government of Canada, and the pleadings and the arguments of both counsel, the Court finds and certifies to the Secretary of State as follows:

(1) This Court has jurisdiction over, and the undersigned is authorized to conduct, extradition proceedings pursuant to Title 18 U.S.C. 3184 and Local Rule 302(b)(8);

(2) This Court has personal jurisdiction over Brandon Nathan Teixeira ("Teixeira) found and arrested in this District on December 1, 2019 pursuant to a complaint filed by the United States in response to the request of Government of Canada for the arrest and extradition of the Fugitive;

(3) The extradition treaty between the United States and the Government of Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, as amended by the Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990), and the Second Protocol Amending

1 | the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11 (2002)
2 | (collectively the "Treaty"), was in full force and effect at all times relevant to this action;

3 |     (4) The Brandon Nathan Teixeira, also known as "Kobe," "K," "Colby," "Jordan Dougall,"
4 | "Ryan Provencher," sought by the Canadian authorities and the Brandon Nathan Teixeira, also known as
5 | "Kobe," "K," "Colby," "Jordan Dougall," "Ryan Provencher," arrested in this District for extradition
6 | and brought before this Court are one and the same person;

7 |     (5) The Fugitive has been charged in Canada with one count of first degree murder, in violation
8 | of section 235(1) of the Criminal Code of Canada, two counts of attempted murder, contrary to section
9 | 239(1)(b) of the Criminal Code of Canada, two counts of aggravated assault, in violation of section
10 | 268(2) of the Criminal Code of Canada, one count of assault with a weapon, in violation of section
11 | 267(a) of the Criminal Code of Canada, one count of uttering threats, in violation of section 264.1(1) of
12 | the Criminal Code of Canada, and one count of discharging a firearm with intent, in violation of section
13 | 244(1) of the Criminal Code of Canada. The Government of Canada has jurisdiction over this criminal
14 | conduct;

15 |     (6) The above referenced Treaty between the United States and Canada, pursuant to Article 2,
16 | encompasses the offenses for which Teixeira has been charged and for which extradition is sought for
17 | trial;

18 |     (7) The Government of Canada submitted documents that were properly authenticated and
19 | certified in accordance with Title 18 U.S.C. § 3190 and in accordance with the terms of the Treaty.
20 | Those documents include the pertinent text for the crimes with which Teixeira has been charged;

21 |     (8) There is probable cause to believe that the Brandon Nathan Teixeira before this Court, the
22 | same person identified in the extradition request from the Government of Canada, committed the
23 | offenses for which extradition is sought;

24 |     (9) The evidence before this Court is sufficient to justify Teixeira's arrest and committal for trial
25 | if the offense had been committed in the United States, including evidence proving the person requested
26 | is the person to whom the warrant refers. This finding rests upon the documents submitted by the
27 | Government of Canada in this matter.

28 |     THEREFORE, pursuant to 18 U.S.C. § 3184 and the above findings, I certify the extradition of

1 | Brandon Nathan Teixeira, also known as "Kobe," "K," "Colby," "Jordan Dougall," and "Ryan
2 | Provencher," to Canada on all offenses for which extradition was requested, and commit Teixeira to the
3 | custody of the United States Marshal pending further decision on extradition and surrender by the
4 | Secretary of State pursuant to 18 U.S.C. § 3186.
5 |     I further order that the Clerk of this Court forward a certified copy of this Certification and
6 | Committal for Extradition, together with a copy of the evidence presented in this case, including the
7 | formal extradition documents received in evidence and any testimony received in this case, to the
8 | Secretary of State.

Dated: 2/27/20

Hon. Allison Claire
U.S. MAGISTRATE JUDGE